IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK S. FRAZIER,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **THE CITY OF PHILADELPHIA** *Defendant.* | : : | **NO. 18-827** |

# ORDER

**AND NOW**, this 28th day of February, 2018, upon consideration of Mr. Frazier's motions to proceed in forma pauperis (ECF No. 1 & 4), his pro se Complaint, and his motion for recusal (ECF No 3) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED** without prejudice in accordance with the Court's memorandum.

3. Mr. Frazier may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint shall identify all of the defendants in the caption of the amended complaint and clearly state the basis for Mr. Frazier's claims against each defendant. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED.

4. If Mr. Frazier does not file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

5. The motion for recusal is **DENIED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*